STATE of Missouri, Respondent,

v.

Cornelius C. RICE, Appellant.

No. WD 37204.

Missouri Court of Appeals, Western District.

April 8, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 22, 1986.

Application to Transfer Denied July 15, 1986.

Cecil D. Williams, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction by a jury of stealing over $150, a Class C. felony and sentence as a "persistent offender" to a term of five (5) years imprisonment, § 570.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).